IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CERTIFIED LABORATORIES, a division of NCH CORPORATION, | § | |
| Plaintiff, | § | |
| v. | § | No. 3:22-mc-60-K-BN |
| MOMAR, INC., | § | |
| Defendant. | § | |

**MOMAR, INC.'S OBJECTION TO FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE**

Defendant Momar, Inc. ("Momar"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 72(b), hereby submits its Objection to the Findings, Conclusions, and Recommendations of the United States Magistrate Judge. For the reasons set forth in Momar's Memorandum of Law which is being submitted herewith, the Application to Enforce Arbitration Subpoenas submitted by Plaintiff Certified Laboratories, a division of NCH Corporation ("NCH"), should be denied.

Respectfully submitted this the 2nd of September, 2022.

*/s/ Benjamin T. Pendroff*
Benjamin T. Pendroff
State Bar No. 24094893
bpendroff@btlaw.com
BARNES & THORNBURG LLP
2121 N. Pearl St., Suite 700
Dallas, Texas 75201
Tel.: (214) 258-4200
Fax: (214) 258-4199

***Attorney for Defendant Momar, Inc.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on September 2, 2022, the foregoing document was filed electronically in compliance with the Federal Rules of Civil Procedure and all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Benjamin T. Pendroff*
Benjamin T. Pendroff