IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CERTIFIED LABORATORIES, a division of NCH CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:22-MC-0060-K |
| MOMAR, INC., | § § | |
| Defendant. | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court conducted a careful *de novo* review of the record and the proposed findings, conclusions, and recommendation to which objections were made.  28 U.S.C. § 636(b)(1). Upon *de novo* review, the Court determines Plaintiff's objection as to service of the Second Subpoena should be sustained. However, sustaining this objection does not change the Magistrate Judge's proposed findings and recommendation that the Court should deny Plaintiff's Application because the Magistrate Judge recommended that, even if both arbitration subpoenas were properly served, neither the First Subpoena nor the Second Subpoena is enforceable by the Court. Thus, in its *de novo* review of the record, the findings and

ORDER – PAGE 1

recommendations, and the objections, the Court has determined the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are correct and the remaining objections are without merit.  Accordingly, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

Signed September 21st, 2022.

_Ed Kinkeade_

ED KINKEADE
UNITED STATES DISTRICT JUDGE

ORDER – PAGE 2